# FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

HALL STREET ASSOCIATES, L.L.C., a
Washington Limited liability
company,

          *Plaintiff-Appellee,*

      v.

MATTEL INC., a Delaware
corporation,

          *Defendant-Appellant,*

      and

TYCO INDUSTRIES, INC., a Delaware
corporation; TYCO MANUFACTURING
CORP., an Oregon corporation;
TYCO TOYS, INC., a Delaware
corporation; VIEW-MASTER IDEAL
GROUP, INC., an Oregon
corporation,

          *Defendants.*

No. 05-35721

D.C. No.
CV-00-00355-REJ
District of Oregon,
Portland

ORDER

On Remand from the United States Supreme Court

Filed July 8, 2008

Before: Alfred T. Goodwin, Stephen Reinhardt, and
Susan P. Graber, Circuit Judges.

## ORDER

This case is hereby resubmitted.

This court, having concluded that Hall Street Associates,
L.L.C. has preserved the issue of sources of authority, other

than the Federal Arbitration Act, through which a court may enforce an arbitration award, the cause is remanded to the district court to make such determinations and conduct such hearings as may be consistent with the Supreme Court's decision in *Hall Street Associates, L.L.C. v. Mattel, Inc.*, 128 S. Ct. 1396 (U.S. Mar. 25, 2008), and to enter a final judgment accordingly.

IT IS SO ORDERED.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.